

**U.S. Department of Justice**

Civil Division
Office of Immigration Litigation

(202) 353-9923

*Washington, D.C. 20530*

September 29, 2008

**VIA CM/ECF**

The Honorable Faith S. Hochberg
Martin Luther King Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101-0999

        Re: <u>The Programmers' Guild, Inc., et al., Civil Action No. 08-2666</u>

Dear Judge Hochberg:

      This letter is to request a 15-day extension on the due date for Defendants' Reply in Support of their Motion to Dismiss, which is currently due on Monday, September 29, 2008. If the Court grants this extension, Defendants' Reply would then be due on Tuesday, October 14, 2008. Accordingly, the hearing date for the Motion to Dismiss, which is currently set for Monday, October 6, 2008, should also be postponed to a later date that the Court finds to be appropriate, in the event that the Court wishes to hear oral argument on the Motion.

      This extension is necessary in order to properly respond to the issues raised in Plaintiffs' Opposition to Defendants' Motion to Dismiss. Defendants believe that once they file their Reply, the standing issue, for which briefing was originally contemplated in the Court's August 5, 2008 Order, will have been fully briefed. To the extent Plaintiffs raise anything new if they file a separate standing brief by November 14, 2008, Defendants will respond to it by November 21, 2008, the response date set forth by the Court in its August 5, 2008 Order.

      Counsel for Defendants, Samuel P. Go, conferred with counsel for Plaintiffs, John M. Miano, via email on September 29, 2008 regarding the 15-day extension of the due date in which to file their Reply. Mr. Miano informed Mr. Go that Plaintiffs are not opposed and consent to the proposed extension.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER J. CHRISTIE | GREGORY G. KATSAS |
| United States Attorney | Assistant Attorney General, Civil Division |
| | |
| JAMES B. CLARK | DAVID J. KLINE |

Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Telephone: (973) 645-6548
Fax: (973) 297-2010
E-mail: James.Clark@usdoj.gov

Director, District Court Section (DCS)
VICTOR M. LAWRENCE
Principal Assistant Director, DCS

By: S/Samuel P. Go
SAMUEL P. GO
Trial Attorney, DCS
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9923
Fax: (202) 305-7000
E-mail: samuel.go@usdoj.gov

So ordered. Defendants' Reply due October 14. No further extensions will be granted.

_/s/ Faith S. Hochberg_
Faith S. Hochberg, U.S.D.J.    10/1/08